Court of Appeals
First District
301 Fannin St.
Houston, TX 77002

WED
8.12.15

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK _____

Darryl Evans
#1993778
Ellis Unit
1697 FM 980
Huntsville, TX. 77320

Dear Mr Prine,

Thank you for clarifying certain facts that I should know. Especially about my representation.

I am writing because all of the legal paperwork has all come from you. I have not received one letter or had one visit with Mr. Jared Robinson. I did meet him and overheard a conversation he had w/ a gentleman next to me that made a very good impression on me. But representing me and have never sat down to communicate w/ me has me worried.

Time is flying by deadlines have come and gone, and had it not been for you, I'd be clueless.

You say "the record" was due on August the 10th, 2015. Is "the record" something we need to present, or something the court will provide to us — such as the transcripts to trial.

Should I contact Mr Robinson, or you, sir, to obtain a copy of the transcripts of my trial?

Also, while I do not remember filing a grievance, the records show that I did on 5.20.15 by correspondence to court. Now that I am able to have carbon paper, I can make copies. How could I obtain a copy of that?

LASTLY, I VIEWED THE "DUTIES OF LAWYERS TO CLIENTS" AND I AM CONCERNED THAT I MAY BE MISUNDERSTANDING SOMETHING.

SHOULD I CONTINUE TO TRY COMMUNICATING W/ MY ATTORNEY OF RECORD, MR J. ROBINSON IN FAITH?

I AM IN THE BLIND, OUTSIDE OF WHAT YOU HAVE SHARED WITH ME.

PLEASE DO NOT CONSIDER THIS A GRIEVANCE OR CLASSIFY THIS AS ONE. SOMETIMES I WORRY TOO MUCH.

THANK YOU FOR HEARING ME.

w/R

DARYL EVANS
#1993784
ELLIS UNIT
1697 Fm 980
Huntsville, TX 77320

8/84

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice - Institutional
Division

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

HOUSTON TX 770

14 AUG 2015 PM 2 L

MAIL RECEIVED

COURT OF APPEALS
301 FANNIN ST.
HOUSTON, TX. 77002

77002206699